**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

"JV" – a Minor Child, by and through his parent,
SANGDUEN TEEKAWONG,

Plaintiff,

v.

CBS BROADCASTING INC. and CBS
INTERACTIVE INC.,

Defendants.

Case No. 1:26-cv-03576-JEB

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Defendants CBS Broadcasting Inc. and CBS Interactive Inc. (together, "Defendants"), by their undersigned counsel, respectfully move under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7(m) for an extension of time, to and including November 25, 2026, to answer, move, or otherwise respond to the Complaint. Plaintiff consents to this motion.

In support, Defendants state as follows:

1. Plaintiff filed the Complaint in this action on October 14, 2026. ECF No. 1. The Complaint asserts claims for defamation and false light invasion of privacy against both Defendants.

2. Defendant CBS Broadcasting was served on October 21, 2026, and Defendant CBS Interactive was served on October 23, 2026. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' responses to the Complaint are currently due on November 11 and November 13, 2026, respectively.

3. Defendants' counsel was recently retained and needs additional time to investigate the allegations in the Complaint and to prepare an appropriate response.

4. This motion is timely because it is filed before Defendants' current response deadline. Good cause exists because the requested extension is modest, is sought in good faith and not for purposes of delay, and will not prejudice any party.

5. This is Defendants' first request for an extension of this deadline. No scheduling order has been entered, and the requested extension will not affect any other deadline in this case.

6. Under Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, John B. Flood, Esq., on November 3, 2026, who consented to this motion on behalf of Plaintiff.

WHEREFORE, Defendants respectfully request that the Court grant this Consent Motion and order that Defendants shall answer, move, or otherwise respond to the Complaint on or before November 25, 2026. A proposed order is submitted with this motion.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Alia L. Smith*

Jay Ward Brown (D.C. Bar. #437686)
Alia L. Smith (D.C. Bar #992629)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
brownjay@ballardspahr.com
smithalia@ballardspahr.com

*Counsel for Defendants CBS Broadcasting Inc. and CBS Interactive Inc.*