**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| "JV" – a Minor Child, by and through his parent, SANGDUEN TEEKAWONG,<br>Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC. and CBS INTERACTIVE INC.,<br>Defendants. | Case No. 1:26-cv-03576-JEB |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants CBS Broadcasting Inc. and CBS Interactive Inc. (together, "Defendants"), by their undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(m), for an extension of time to answer, move or otherwise respond to Plaintiff's Complaint until January 29, 2027, to give the parties the opportunity to mediate their dispute.

In support, Defendants state as follows:

1. Plaintiff filed the Complaint in this action on October 14, 2026. ECF No. 1. The Complaint asserts claims for defamation and false light invasion of privacy against both Defendants.

2. On November 10, 2026, this Court granted Defendants' Consent Motion for Extension of Time to answer or otherwise respond to the complaint until November 25, 2026.

3. The parties have since agreed to attempt to settle this dispute through private mediation.

4. This motion is timely because it is filed before Defendants' current response deadline. Good cause exists because the requested extension (a) is necessary to promote and

facilitate the possible extra-judicial settlement of this case, (b) is modest in time, and (c) is sought in good faith for the benefit of both parties.

5. This is Defendants' second request for an extension of this deadline. No scheduling order has been entered, and the requested extension will not affect any other deadline in this case.

6. Under Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, John B. Flood, Esq., on November 17 and 19, 2026, who consented to this motion on behalf of Plaintiff.

WHEREFORE, Defendants respectfully request that the Court grant this Consent Motion and order that Defendants shall answer, move, or otherwise respond to the Complaint on or before January 29, 2027. A proposed order is submitted with this motion.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Alia L. Smith*

Jay Ward Brown (D.C. Bar. #437686)
Alia L. Smith (D.C. Bar #992629)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
brownjay@ballardspahr.com
smithalia@ballardspahr.com

*Counsel for Defendants CBS Broadcasting Inc. and CBS Interactive Inc.*